IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JEREMY CURTIS PETERSON, Defendant. | CR 09-05-H-BMM <br><br> ORDER |

Jeremy Curtis Peterson filed a Motion for Early Termination of Supervised Release. Doc. 80. The United States Attorney does not oppose the Court granting Peterson's Motion. Doc. 88. The Court conducted a hearing on the motion on June 24, 2021. *Id*. For the reasons below, the Court grants Peterson's motion.

Peterson pleaded guilty to Receipt of Child Pornography, in violation of 18 U.S.C. 2252A(a)(2). Doc. 81 at 2. The Court sentenced Peterson to the Bureau of Prisons on December 11, 2009, for a term of 60 months. *Id*. The Court required Peterson to serve a term of lifetime supervision. *Id*. Federal law authorizes a defendant to move for termination of his supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

1

The factors in 18 U.S.C. § 3553(a) support an early termination of Peterson's supervised release. Peterson has been under some form of supervision without incident for the last 12 years. He began supervised release on January 14, 2013. There is no indication in the record that Peterson has had any violations or problems with his supervision. Peterson has successfully completed treatment and counseling. The Court received several letters of support and courtroom statements from advocates of Peterson's early termination. These successes, in conjunction with Peterson's compliance with the terms of his supervision, demonstrate that termination of supervision is warranted.

Accordingly, **IT IS ORDERED**:

1. Defendant Peterson's Motion for Early Termination of Supervised Release (Doc. 80) is **GRANTED**.

2. Defendant Peterson is **DISCHARGED** from supervised release.

DATED this 24th day of June, 2021.

Brian Morris, Chief District Judge
United States District Court